J. Robert Forshey
State Bar No. 07264200
Suzanne K. Rosen
State Bar No. 00798518
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX  76102
Telephone: 817-877-8855
Facsimile:  817-877-4151
bforshey@forsheyprostok.com
srosen@forsheyprostok.com

PROPOSED ATTORNEYS FOR THE
DEBTOR AND DEBTOR-IN-POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| MARCH ON HOSPITALITY LLC, | ) | Case No. 23-40140-mxm11V |
| | ) | |
| | ) | |
| Debtor. | ) | |

**GLOBAL NOTES REGARDING DEBTOR'S SCHEDULES**

*These Global Notes (the "Global Notes") regarding the Schedules of March On Hospitality LLC (the "Debtor") comprise an integral part of the Schedules of Assets and Liabilities and should be referred to and considered in connection with any review of them.*

The Debtor's Schedules of assets, liabilities, executory contracts and unexpired leases, and co-debtors (collectively, the "Schedules") have been prepared pursuant to section 521 of title 11 of the United States Code, U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by personnel of the Debtor with the assistance of its advisors, including its management company, DePalma Hotel & Resorts (the "Management Company").  The financial information contained in this Schedules was provided to the Debtor by its Management Company, which operates the Debtor's La Quinta Inn & Suites branded hotel (the "Hotel").   The Global Notes pertain to all of the Schedules.  The Schedules are unaudited.

The financial affairs and business of the Debtor are complex.  While the Debtor's Management Company has made reasonable efforts to ensure that the Schedules are accurate and complete based on information that was available to it at the time of preparation, the subsequent receipt or discovery of information and/or further review and analysis of the Debtor's books and records may result in material changes to financial data and other information contained in the Schedules. Moreover, because the Schedules contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules are complete and accurate.  Furthermore, nothing contained in the Schedules shall constitute a waiver of the Debtor's rights or an admission with respect to this chapter 11 case, including, without limitation, any issues involving equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant applicable laws to recover assets or avoid transfers.

**Agreements Subject to Confidentiality.**  There may be instances within the Schedules where names, addresses or amounts have been left blank.  Due to the nature of an agreement between the Debtor and the third party, concerns of confidentiality or concerns for the privacy of an individual, the Debtor may have deemed it appropriate and necessary to avoid listing such names, addresses and amounts.

**Amendment.**  While reasonable efforts were made to file complete and accurate Schedules, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend and/or supplement its Schedules as is necessary and appropriate.

**Basis of Presentation.**  While the Schedules, at times, incorporate information prepared in accordance with generally accepted accounting principles ("GAAP"), the Schedules do not purport to represent financial information prepared in accordance with GAAP.

**Causes of Action.**  The Debtor, despite its best efforts, may not have identified or set forth all of its causes of action (filed or potential) as assets in its Schedules.  The Debtor reserves all of its rights with respect to any causes of action it may have and neither these Global Notes nor the Schedules shall be deemed a waiver of any such causes of action.

**Claims Description.**  Any failure to designate an amount on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated."  The Debtor reserves the right to dispute any claim reflected on its Schedules on any grounds including, without limitation, amount, liability, validity, priority or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated."   The Debtor reserves its rights to object to any scheduled claims.

**Current Value of Assets.**  It would be prohibitively expensive, unduly burdensome and an inefficient use of resources for the Debtor to obtain current valuations of all of its assets. Accordingly, unless otherwise indicated, net book values, rather than current market valuations, of the Debtor's interests in assets are reflected on the Schedules.  For this reason, amounts ultimately realized may vary from net book value and such variance may be material.  As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value.

**Date.**  Unless otherwise indicated, the values reflected on the Schedules are as of January 17, 2023 (the "Petition Date").

**Estimates.**  The preparation of the Schedules required the Debtor and its Management Company to make certain estimates and assumptions that affect the reported amounts of its assets and liabilities.  Actual results could differ from those estimates.

**Insiders.**  Persons and entities listed as "insiders" have been included for informational purposes only and should not be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved.  Further, the Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law.  The Debtor presumes that persons who are not corporate officers of the Debtor are not "officers" for purposes of determining insider status, regardless of job title.

**Liabilities Generally.**  Some of the Debtor's scheduled liabilities are unknown and/or unliquidated at this time.  In such cases, the amounts may be listed as "Unknown" or "Undetermined."  As a result, the Debtor's Schedules do not accurately reflect the aggregate amount of the Debtor's liabilities, which may differ materially from those stated in the Schedules.

**Prepetition and Postpetition Liabilities.**  The Debtor has sought to allocate liabilities between prepetition and postpetition periods based on information from research that was conducted in connection with the preparation of the Schedules.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.

**Schedules A/B.**  "Accounts Receivable" in Schedule A/B reflects the Debtor's receivables from (i) existing Hotel guests on the Petition Date who had stayed in the Debtor's Hotel but not yet

checked out and paid, and (ii) other parties, such as corporate clients, for whom the Debtor had obtained credit card information prior to the Petition Date but whose accounts may not have been settled as of the Petition Date.  In addition, as of the Petition Date, the Debtor had a contract to sell the Hotel to a third party purchaser, including all real and personal property associated with the Hotel for $5.5 million.  The breakdown of the dollar values between the Personal Property in Part 7 and the Real Property in Part 9 is based on the Management Company's estimate of the value of the personal property; however, the actual hotel purchase agreement does not provide a breakdown between the personal property and real property and the Debtor's estimates herein are not intended to be binding on the purchaser of the Hotel for any tax or other purposes.

**Schedule D – Creditors Holding Secured Claims.**  The Debtor has not included on Schedule D entities that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtor, or inchoate statutory lien rights.  Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtor reserves its right to dispute or challenge, among other things, the amount, extent, validity, priority, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D.  Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.  The descriptions provided in Schedule D are intended only to be a summary.  The Debtor reserves the right to dispute the tax assessed value for any of the taxable assets.

**Schedule E/F – Creditors Holding Unsecured Nonpriority Claims.**  Schedule E/F does not include certain deferred charges, deferred liabilities or general reserves.  Such amounts may, however, be reflected on the Debtor's books and records as required in accordance with GAAP.  Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.  The claims listed in Schedule E/F arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact.  While best efforts have been made, determination of each date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each claim listed on Schedule E/F.

**Schedule G – Executory Contracts and Unexpired Leases.**  While reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or overinclusion may have occurred.  The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contract, agreement or lease set forth on Schedule G that may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth on Schedule G.  Certain executory agreements may not have been memorialized in writing and could be subject to dispute.  In addition, the Debtor may have entered into various other types of

4

agreements in the ordinary course of business, such as easements, right of way, subornation, non-disturbance, and attornment agreements, supplemental agreements, amendment/letter agreements, title agreements and confidentially agreements.  Such documents may not be set forth on Schedule G.  The Debtor reserves all of its rights to dispute or challenge the characterization of the structure or substances of any transaction, or any document or instrument. In the ordinary course of business, the Debtor may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis.  Such contracts may not be included on Schedule G.  The Debtor, however, reserves the right to assert that such agreements constitute executory contracts. Listing a contract, agreement or lease on Schedule G does not constitute an admission that such contract, agreement or lease is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtor reserves all rights to challenge whether any of the listed contracts, agreements, leases or other documents constitute an executory contract or unexpired lease, including if any are unexpired real property leases.  The Debtor reserves all rights to contend that any of the listed leases are capital leases rather than operating leases.  Any and all of the Debtor's rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.  Omission of a contract, agreement or lease from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts, agreements or leases are not impaired by the omission.  Schedule G may be amended at any time to add any omitted contract, agreement or lease.  For any executory contract or unexpired lease that purportedly may have been assigned to the Debtor, but for which there is not documentation to support the purported assignment, neither the executory contract nor unexpired lease (or related claim) has been included on the Schedules.

**Schedule H – Codebtors.**  As reflected on Schedule D, Simmons Bank asserts a lien against the Debtor's real and personal property based on a Deed of Trust, Security Agreement, Financing Statement, and Assignment of Rents executed by Summerfest Hospitality, LLC ("Summerfest"). The Debtor did not sign the Deed of Trust, Security Agreement, Financing Statement, and Assignment of Rents or any of the related loan documents executed by Summerfest in favor of Simmons Bank and its position is similar to a party on a non-recourse promissory note.  Although Simmons Bank asserts a lien against the Debtor's property, Summerfest is the obligor on the promissory note and other loan documents executed by Summerfest in favor of Simmons Bank. Summerfest's principal, Simranjit Chatha, guaranteed the promissory note given by Summerfest to Simmons Bank.

**Totals.**  All totals that are included in the Schedules represent totals of all known amounts included in the Debtor's books and records at the time of the Petition Date.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total, at times materially.

* * *

The Debtor and its agents, attorneys and financial advisors, including its Management Company, do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communication or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors and omissions may exist.

L:\BFORSHEY\March on Hospitality (MOH)(Chatha & Brightside Hosp)(Whatley) C11 #6364\Info for Schedules\Global Notes - March On Schedules 2.17.2023.docx

| Fill in this information to identify the case | |
|---|---|
| Debtor name | **March On Hospitality LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **23-40140-mxm11** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**          **Current value of debtor's interest**

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Plains Capital Bank** | **Checking account** | 0 6 0 1 | $81,562.76 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $81,562.76 |

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| Debtor | **March On Hospitality LLC** | Case number (if known) | **23-40140-mxm11** |
|---|---|---|---|
| | Name | | |

**Current value of debtor's interest**

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1.    **Guest Advance Payments**                                                                    $7,944.33

**9.** **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.                                       $7,944.33

## Part 3:  Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐  No.  Go to Part 4.
☑  Yes.  Fill in the information below.

**Current value of debtor's interest**

**11.** **Accounts receivable**

11a.  90 days old or less:    $79,588.81    –    $0.00    = ............. ➜    $79,588.81
                              face amount          doubtful or uncollectible accounts

11b.  Over 90 days old:       $0.00    –    $0.00    = ............. ➜    $0.00
                              face amount          doubtful or uncollectible accounts

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.              $79,588.81

## Part 4:  Investments

**13.** **Does the debtor own any investments?**

☑  No.  Go to Part 5.
☐  Yes.  Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                        % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.                                $0.00

## Part 5:  Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑  No.  Go to Part 6.
☐  Yes.  Fill in the information below.

| Debtor | **March On Hospitality LLC** | | Case number (if known) | **23-40140-mxm11** |
|---|---|---|---|---|
| | Name | | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | | | | |
| **20.** Work in progress | | | | |
| **21.** Finished goods, including goods held for resale | | | | |
| **22.** Other inventory or supplies | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** Crops--either planted or harvested | | | |
| **29.** Farm animals  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| **31.** Farm and fishing supplies, chemicals, and feed | | | |
| **32.** Other farming and fishing-related property not already listed in Part 6 | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor   **March On Hospitality LLC**                    Case number (if known)   **23-40140-mxm11**
         Name

---

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38.   **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| Furniture, Fixtures and Equipment | $300,000.00 | Market | $300,000.00 |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42.   **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.   **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.                              $300,000.00

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 8:   Machinery, equipment, and vehicles

46.   **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51.   **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                              $0.00

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

| Debtor | **March On Hospitality LLC** | Case number (if known) | **23-40140-mxm11** |
|---|---|---|---|
| | Name | | |

---

## Part 9:  Real property

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **1503 Breckenridge Rd.**<br>**Mansfield, TX 76063**<br>**LaQuinta Inn & Suites** | Fee Simple | $5,200,000.00 | Sale Price | $5,200,000.00 |

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| $5,200,000.00 |
|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 10:  Intangibles and Intellectual Property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| **LaQuinta Franchise Agreement** | | | **Unknown** |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

| $0.00 |
|---|

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

---

Debtor    **March On Hospitality LLC**                                    Case number (if known)    **23-40140-mxm11**
_____Name_____

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 11:  All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,**
**including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

$0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Debtor | **March On Hospitality LLC** | Case number (if known) | **23-40140-mxm11** |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $81,562.76 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,944.33 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $79,588.81 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $300,000.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.*..............................................➔ | | $5,200,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column. 91a. | $469,095.90 + | 91b. $5,200,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.......................................................................... **$5,669,095.90**

**Fill in this information to identify the case:**

Debtor name  **March On Hospitality LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number  **23-40140-mxm11**
(if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>**Comptroller of Public Accounts**<br><br>**Creditor's mailing address**<br>**PO Box 149356**<br><br><br>**Austin**          **TX**   **78714-9356**<br>**Creditor's email address, if known**<br><br>**Date debt was incurred** _____<br>**Last 4 digits of account number** __ __ __ __<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**LaQuinta Hotel**<br>**Describe the lien**<br>**Tax Lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,289.36 | $5,500,000.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $2,526,368.23

Debtor   **March On Hospitality LLC**                                    Case number (if known) **23-40140-mxm11**

---

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

|  | | | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

---

**2.2**

| | |
|---|---|
| Creditor's name<br>**Simmons Bank** | Describe debtor's property that is<br>subject to a lien |

Creditor's mailing address
**501 Main St.**

**LaQuinta Hotel**

Describe the lien

**Deed of Trust**

**Pine Bluff            AR    71601**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred    **8/15/2017**

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number          ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in
the same property?

☑ Contingent
☑ Unliquidated
☑ Disputed

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines  _____

Amount of claim: **$2,237,739.31**     Value of collateral: **$5,500,000.00**

---

**2.3**

| | |
|---|---|
| Creditor's name<br>**Tarrant County Appraisal District** | Describe debtor's property that is<br>subject to a lien |

Creditor's mailing address
**c/o Linebarger, Goggan, et al.**

**2777 N Stemmons Frwy, Suite 1000**

**LaQuinta Hotel**

Describe the lien

**Tax Lien**

**Dallas            TX    75207**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred    **2021-2023**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number          **0   7   7   2**

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines  _____

Amount of claim: **$284,339.56**     Value of collateral: **$5,500,000.00**

---

Debtor   **March On Hospitality LLC** _____   Case number (if known) **23-40140-mxm11** _____

| Part 2: | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| **Simmons Bank** | | | Line **2.2** | ___ ___ ___ ___ |
| **c/o Michael P. Menton** | | | | |
| **SettlePou** | | | | |
| **3333 Lee Pkwy, 8th Floor** | | | | |
| **Dallas** | **TX** | **75219** | | |
| | | | | |
| **Simmons Bank** | | | Line **2.2** | ___ ___ ___ ___ |
| **c/o Don Colleluori** | | | | |
| **Figari + Davenport, LLP** | | | | |
| **901 Main St., Suite 3400** | | | | |
| **Dallas** | **TX** | **75202** | | |
| | | | | |
| **Simmons Bank** | | | Line **2.2** | ___ ___ ___ ___ |
| **c/o Amanda Sotak** | | | | |
| **Figari + Davenport, LLP** | | | | |
| **901 Main St., Suite 3400** | | | | |
| **Dallas** | **TX** | **75202** | | |
| | | | | |
| **Simmons Bank** | | | Line **2.2** | ___ ___ ___ ___ |
| **c/o Michael Kuznich** | | | | |
| **Boulin Jones** | | | | |
| **555 Capitol Mall, Suite 1500** | | | | |
| **Sacramento** | **CA** | **95814** | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **March On Hospitality LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **23-40140-mxm11** |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No.  Go to Part 2.
☐ Yes.  Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
     If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1    Priority creditor's name and mailing address**

_____
_____
_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(_____ )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor **March On Hospitality LLC**  Case number (if known) **23-40140-mxm11**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| **3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $570.05 |
|---|---|---|---|

*Check all that apply.*

**Atmos Energy**

**PO Box 740353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Cincinnati**     **OH**    **45274-0353**    **Utility/Gas**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** ___ ___ ___ ___

☒ No
☐ Yes

---

| **3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $405.00 |
|---|---|---|---|

*Check all that apply.*

**Austin Morgan Fire and Safety Inc.**

**PO Box 417**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Rowlett**     **TX**    **75020**    **Commercial Fire Alarm Systems & Svcs**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** ___ ___ ___ ___

☒ No
☐ Yes

---

| **3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,374.72 |
|---|---|---|---|

*Check all that apply.*

**Booking.Com**

**5295 Paysphere Circle**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Chicago**     **IL**    **60674-5295**    **Online Travel Booking Fees**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** ___ ___ ___ ___

☒ No
☐ Yes

---

| **3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

*Check all that apply.*

**Buy Efficient/Avendra**

**PO Box 202917**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**     **TX**    **75320**    **-**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** ___ ___ ___ ___

☒ No
☐ Yes

---

Debtor    **March On Hospitality LLC**                                    Case number (if known)   **23-40140-mxm11**

---

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.           Amount of claim

---

| 3.5 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Charter Communication**

**Spectrum Business**

**PO Box 94188**

**Palatine**          IL      **60094-4188**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Utility - Internet**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,866.46**

---

| 3.6 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Cintas Corporation No. 2**

**97627 Eagle Way**

**Chicago**          IL      **60678-7627**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Corporate Uniform Rentals**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$366.45**

---

| 3.7 | **Nonpriority creditor's name and mailing address** |
|---|---|

**City of Mansfield**

**1200 E Broad St.**

**Mansfield**          TX      **76063**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Utilities**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.8 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Dallas Sign and Lighting, LLC**

**YESCO Sign and Lighting**

**2860 Exchange Blvd., Suite 163**

**Southlake**          TX      **75092**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Commercial Signs and Lighting**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$438.41**

---

Debtor    **March On Hospitality LLC**                                       Case number (if known)   **23-40140-mxm11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                Amount of claim

---

**3.9**    Nonpriority creditor's name and mailing address                                                          **$3,498.43**

**DePalma Hotel Corporation**

**2250 Pool Rd., Suite 202**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Grapevine**                    **TX**    **76051**        Basis for the claim:
                                                            **Management Company Fees**

Date or dates debt was incurred                            Is the claim subject to offset?
                                                            - ☑ No
Last 4 digits of account number   ___ ___ ___ ___          - ☐ Yes

---

**3.10**   Nonpriority creditor's name and mailing address                                                          **$0.00**

**Ecolab Pest**

**26252 Network Place**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Chicago**                      **IL**    **60673**        Basis for the claim:
                                                            -

Date or dates debt was incurred                            Is the claim subject to offset?
                                                            - ☑ No
Last 4 digits of account number   ___ ___ ___ ___          - ☐ Yes

---

**3.11**   Nonpriority creditor's name and mailing address                                                          **$2,160.86**

**Expedia, Inc.**

**PO Box 844120**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**                       **TX**    **75284-4120**   Basis for the claim:
                                                            **Online Travel Booking Fees**

Date or dates debt was incurred                            Is the claim subject to offset?
                                                            - ☑ No
Last 4 digits of account number   ___ ___ ___ ___          - ☐ Yes

---

**3.12**   Nonpriority creditor's name and mailing address                                                          **$89.61**

**Guest Supply, a SYSCO Co.**

**300 Davidson**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Somerset**                     **NJ**    **08873**        Basis for the claim:
                                                            **Hotel Guest Supplies**

Date or dates debt was incurred                            Is the claim subject to offset?
                                                            - ☑ No
Last 4 digits of account number   ___ ___ ___ ___          - ☐ Yes

---

Debtor    **March On Hospitality LLC**                                 Case number (if known)    **23-40140-mxm11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                Amount of claim

---

| 3.13 | **Nonpriority creditor's name and mailing address** |
|---|---|

**HD Supply**

**PO Box 509058**

$3,453.06

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Diego**     **CA**    **92150-9058**

**Basis for the claim:** **Industrial Products**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.14 | **Nonpriority creditor's name and mailing address** |
|---|---|

**La Quinta Franchising LLC**

**PO Box 641946**

$33,763.90

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**     **TX**    **75284-1946**

**Basis for the claim:** **Franchise Fees**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.15 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Leslie's Swimming Pool Supplies**

**PO Box 501162**

$824.84

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**St. Louis**     **MO**    **63150-1152**

**Basis for the claim:** **Swimming Pool Maintenance**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.16 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Republic Service - Waste**

**PO Box 78829**

$0.00

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Phoenix**     **AZ**    **85062**

**Basis for the claim:** -

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor      **March On Hospitality LLC**                              Case number (if known)   **23-40140-mxm11**

---

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

| 3.17 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**                                        **$0.00**
*Check all that apply.*

**Spectrum**

☐ Contingent

**c/o Charter Communication**

☐ Unliquidated

**PO Box 94188**

☐ Disputed

**Basis for the claim:**

**Palatine**                    IL        60094        **TV/Internet/Phone**

Date or dates debt was incurred                     **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __        ☑ No
                                                    ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**                                        **$0.00**
*Check all that apply.*

**Summit Fire & Security**

☐ Contingent

**PO Box 6783**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Carol Stream**                IL        60197        **Monitoring**

Date or dates debt was incurred                     **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __        ☑ No
                                                    ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**                                        **$500.00**
*Check all that apply.*

**Tarrant County Environmental Health**

☐ Contingent

**1101 S Main St., Suite 2300**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Fort Worth**                  TX        76104        **Health Related Services**

Date or dates debt was incurred                     **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __        ☑ No
                                                    ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**                                        **$50.00**
*Check all that apply.*

**Wait Mechanical, Inc.**

☐ Contingent

**PO Box 150778**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Arlington**                   TX        76015        **Mechanical Contract-HVAC, Plbg, Elec**

Date or dates debt was incurred                     **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __        ☑ No
                                                    ☐ Yes

---

Debtor    **March On Hospitality LLC**                                    Case number (if known)   **23-40140-mxm11**

---

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address |

**World Travel Inc.**

**1724 West Schuylkill Rd.**

**Douglassville**          **PA**      **19518-9100**

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Travel Management Fees**

**Is the claim subject to offset?**
☑ No
☐ Yes

$45.22

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 7

Debtor    **March On Hospitality LLC**                    Case number (if known)   **23-40140-mxm11**

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
| --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a.          **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+**      **$51,407.01** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.         **$51,407.01** |

**Fill in this information to identify the case:**

Debtor name **March On Hospitality LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **23-40140-mxm11**            Chapter **11**
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
   (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other
   parties with whom the debtor has an executory
   contract or unexpired lease**

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Franchise Agreement | **LaQuinta Franchising, LLC** |
| | | | **PO Box 641946** |
| | **State the term remaining** | **2.5 months** | |
| | **List the contract number of any government contract** | | **Dallas**          **TX**          **75284-1946** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **March On Hospitality LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **23-40140-mxm11** |

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | Check all schedules that apply: |
| **2.1 Simranjit Chatha**<br>See Footnote No. 1 | **2109 Cains Lane**<br>Number  Street<br><br>**Mansfield**  **TX**  **76063**<br>City  State  ZIP Code | **Simmons Bank** | ☑ D<br>☐ E/F<br>☐ G |
| **2.2 Summerfest Hospitality, LLC**<br>See Footnote No. 2 | **2109 Cains Lane**<br>Number  Street<br><br>**Mansfield**  **TX**  **76063**<br>City  State  ZIP Code | **Simmons Bank** | ☑ D<br>☐ E/F<br>☐ G |

Footnote No. 1: Simmons Bank asserts a lien against the Debtor's real and personal property based on a Deed of Trust, Security Agreement, Financing Statement, and Assignment of Rents. Summerfest Hospitality, LLC is the obligor on the promissory note to Simmons Bank.

Footnote No. 2: Simmons Bank asserts a lien against the Debtor's real and personal property based on a Deed of Trust, Security Agreement, Financing Statement, and Assignment of Rents. Simranjit Chatha guaranteed the promissory note given by Summerfest Hospitality, LLC to Simmons Bank.

**Fill in this information to identify the case:**

Debtor Name  **March On Hospitality LLC**

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF TEXAS**

Case number (if known):  **23-40140-mxm11**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:   Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a.  **Real property:**
   Copy line 88 from Schedule A/B.......................................................................... | **$5,200,000.00**

   1b.  **Total personal property:**
   Copy line 91A from Schedule A/B........................................................................ | **$469,095.90**

   1c.  **Total of all property**
   Copy line 92 from Schedule A/B.......................................................................... | **$5,669,095.90**

### Part 2:   Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................................ | **$2,526,368.23**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.  **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................................................ | **$0.00**

   3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................. | **+     $51,407.01**

4.  **Total liabilities**
   Lines 2 + 3a + 3b.................................................................................................................................... | **$2,577,775.24**

---

**Fill in this information to identify the case and this filing:**

Debtor Name      **March On Hospitality LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number      **23-40140-mxm11**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **02/17/2023**      X _____
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

**Douglas Whatley**
Printed name

**Manager**
Position or relationship to debtor

Title: Chapter 7 Trustee for the bankruptcy estate of In re Rajpal Singh Chatha
and Taranjit Kaur Chatha, Case No. 17-25335-B-7 in the U.S. Bankruptcy Court
of Eastern District of California, acting as the sole member and Manager of
March On Hospitality LLC